Matter of Best v Queens County Criminal Ct. (2024 NY Slip Op 05344)

Matter of Best v Queens County Criminal Ct.

2024 NY Slip Op 05344

Decided on October 30, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 30, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ROBERT J. MILLER, J.P.
LINDA CHRISTOPHER
HELEN VOUTSINAS
LOURDES M. VENTURA, JJ.

2024-05001

[*1]In the Matter of Hilary Best, petitioner,
v
Queens County Criminal Court, et al., respondents. Hilary Best, Forest Hills, NY, petitioner pro se.

Letitia James, Attorney General, New York, NY (Stephanie Costa of counsel), for respondents.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of mandamus to compel the respondents to conduct a hearing pursuant to CPL 180.10 and 180.60, in a criminal proceeding entitled People v Best , pending in the Criminal Court of the City of New York, Queens County, under Docket No. CR-017519-24QN.
ADJUDGED that the proceeding is dismissed, without costs or disbursements.
This Court does not have subject matter jurisdiction to entertain this proceeding (see CPLR 7804[b]; 506[b]; Matter of Nolan v Lungen , 61 NY2d 788, 789-790).
MILLER, J.P., CHRISTOPHER, VOUTSINAS and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court